```
DAVID A. HUBBERT
Deputy Assistant Attorney General

NOREENE STEHLIK (DC Bar No. 394479)
Senior Litigation Counsel, Tax Division
JEREMY HENDON (OR Bar No. 982490)
AMY MATCHISON (CA Bar No. 217022)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Email:  Noreene.C.Stehlik@usdoj.gov
        Jeremy.Hendon@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.TaxCivil@usdoj.gov
Telephone:    (202) 514-6489
              (202) 353-2466
              (202) 307-6422

MELINDA L. HAAG
Northern District of California
United States Attorney

Attorneys for Petitioner
THE UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                     )<br>              Petitioner,           )<br>                                     )<br>         v.                         )<br>                                     )<br> WILLIAM L. VEGHTE                   )<br>                                     )<br>              Respondent.           )<br>_____) | Case No.  3:14-cv-05565-JST<br><br>**[PROPOSED]** **NOTICE OF HEARING AND ORDER TO SHOW CAUSE** |

Upon the petition of the United States and the Declaration of Revenue Agent Walter Choi, including the exhibits attached thereto, it is hereby

1

ORDERED that the respondent, William L. Veghte appear before United States Judge in that Judge's courtroom in the United States Courthouse, San Francisco, California, on the 26th day of February, 2014 at 2:00 p.m., to show cause why he should not be compelled to obey the Internal Revenue Service related summons served upon him.

It is further ORDERED that:

1. A copy of this Order, together with the Petition, Declaration of Walter Choi and its exhibits, shall be served upon the respondent in accordance with Fed. R. Civ. P. 4, within 30 days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible. Pursuant to Fed. R. Civ. P. 4.1(a), the Court hereby appoints Revenue Agent Douglas M. Odell, and all other persons designated by him, to effect service in this case. Service may also be effected by the United States marshal or deputy marshal.

2. Proof of any service done pursuant to paragraph 1, above, shall be filed with the Clerk as soon as practicable.

3. Since the file in this case reflects a prima facie showing that the examination is being conducted for legitimate purposes, that the inquiries may be relevant to those purposes, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed, *United States v. Powell*, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to the respondent to oppose enforcement of the summons.

4. If the respondent has any defense to present or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk of Court and copies served on counsel for the United States in Washington D.C., at least 30 days prior to the date set

1  for the show cause hearing.  The United States may file a reply memorandum to any opposition
2  at least 5 court days prior to the date set for the show cause hearing.
3      5.    At the show cause hearing, the Court will consider all issues raised by the
4  respondent.  Only those issues brought into controversy by the responsive pleadings and
5  supported by affidavit or declaration will be considered.  Any uncontested allegation in the
6  petition will be considered admitted.
7      6.    The respondent may notify the Court, in a writing filed with the Clerk and served
8  on counsel for the United States in Washington, D.C., at least 14 days prior to the date set for the
9  show cause hearing, that the respondent has no objection to enforcement of the summons.  The
10 respondent's appearance at the hearing will then be excused.
11     The respondent is hereby notified that failure to comply with this Order may subject him
12 to sanctions for contempt of court.

13                                 Dated this 30th of December, 2014
14
15                                 UNITED STATES DISTRICT JUDGE
                                HON. JON S. TIGAR